Thomas G. Mackey (SBN 174572)
Christopher A. Gelpi (SBN 288443)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
mackeyt@jacksonlewis.com
Christopher.Gelpi@jacksonlewis.com
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendant
G&K Services, Inc.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARNALLA, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>G&K SERVICES, INC. dba in California as G&K SERVICES, CO OF CALIFORNIA, a Minnesota Corporation and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO: 2:16-CV-09584-CAS-JEM<br><br>**[PROPOSED] ORDER DISMISSING SECOND AND FIFTH CLAIMS FOR RELIEF WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)]<br><br>Removed: December 28, 2016<br>Complaint Filed: November 29, 2016 |

IT IS HEREBY ORDERED:

That the stipulation between Plaintiff Juan Carnalla ("Plaintiff") and Defendant G&K Services, Inc. ("Defendant"), through their attorneys of record, is granted and Plaintiff's Second Claim for Relief for Age Discrimination and Fifth Claim for Relief for Elder Abuse is dismissed as to Defendant with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a).

It IS FURTHER HEREBY ORDERED:

///

///

That Plaintiff and Defendant bear their own costs and attorney's fees with respect to the dismissal of the Second and Fifth Claims for Relief.

Dated: November 16, 2017

*Christina A. Snyder*

Judge Christina A. Snyder
United States District Court Judge

4850-8511-7266, v. 1